UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON DEJON ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>AFSHIN ARYA,<br><br>    Defendant. | No. 2:20-cv-02294-KJM-CKD  (PC)<br><br><br>**ORDER** |

The parties in the above-captioned case have filed a "Consent to Proceed Before a United States Magistrate Judge." *See* 28 U.S.C. §636(a)(5) and (c); Consent, ECF No. 23.  According to E.D. Cal. L.R. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.  The undersigned has reviewed the file and approves reassignment and referral of this case, nunc pro tunc to the date of consent, to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Carolyn K. Delaney.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. 2:20-cv-02294-CKD.  Any dates presently set before Chief Judge Mueller are hereby VACATED.

IT IS SO ORDERED.

DATED:  March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1 | Having also reviewed the file, I accept reference of this case for all further proceedings
2 | and entry of final judgment.
3 | Dated:  March 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE