UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON DEJON ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AFSHIN ARYA,<br><br>　　　　Defendant. | No. 2:20-CV-02294-CKD<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 2, 2022, defendant filed a motion to opt-out of the Post-Screening ADR Pilot Project. ECF No. 27. Upon review of the motion, the court finds good cause to grant defendant's motion and to vacate the settlement conference scheduled in this matter.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 27) is granted.

　　　　2. The settlement conference scheduled for June 22, 2022 at 10:00 a.m. before Magistrate Judge Barnes is vacated.

　　　　3. The stay of this action is lifted.

/////

1

4. Defendant shall file a responsive pleading within thirty days from the date of this order.

Dated: May 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/alex2294.optout.docx