UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON DEJON ALEXANDER, | No. 2:20-cv-02294-CKD P |
| Plaintiff, | |
| v. | ORDER |
| AFSHIN ARYA, | |
| Defendant. | |

Plaintiff has filed a motion for an extension of time to file an opposition to defendant's motion for summary judgment. Defendant has filed a statement of non-opposition to the motion. For good cause appearing and lack of opposition thereto, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted. ECF No. 33.

2. Plaintiff's opposition shall be filed and served no later than May 30, 2023. Failure to respond within the time provided may result in the dismissal of this action for failure to prosecute. See Fed. R. Civ. P. 41(b).

Dated: February 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/alex2294.36(1)

1